IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE SEARCH OF ITEMS DESCRIBED IN ATTACHMENT A<br><br>LOCATED AT:<br><br>HSI EVIDENCE CONTROL ROOM 12200 SUNRISE VALLEY DRIVE<br>RESTON, VIRGINIA | Case No. 1:24-SW-205 |

**ORDER**

This matter having come before the Court on the United States' motion to partially unseal the above-captioned matter and the Court having concluded that the United States has shown good cause therefore, it is hereby

ORDERED that the government's motion to seal and sealing order filed in connection with the above-captioned matter be UNSEALED.

The COURT, having found that revealing the material sought to be sealed in the application, affidavit, and search warrant, would compromise the privacy of a witness and minor victims; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in protecting the privacy of a witness and minor victims; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

//

//

//

//

ORDERED, ADJUDGED, and DECREED that the affidavit in support of the search warrant, search warrant, and application, will be sealed with a redacted version of each to be filed on the public docket.

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2025.03.06 11:10:31 -05'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge

Date: 3/6/2025
Alexandria, Virginia